IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BYRON R. BARTLETT et al.          *

          Plaintiffs          *

        vs.          *     CIVIL ACTION NO. MJG-13-975

BANK OF AMERICA, NA          *

          Defendant          *

*     *     *     *     *     *     *     *     *

<u>JUDGMENT ORDER</u>

By separate Order issued this date, the Court has DISMISSED the Complaint.

Accordingly:

    1.     Judgment shall be, and hereby is, entered in favor of Defendant Bank or America, N.A. against Plaintiffs Byron Bartlett and Connie Beals-Bartlett dismissing all claims with prejudice with costs.

SO ORDERED, on <u>Tuesday, July 29, 2014</u>.

                         _____/s/_____
                          Marvin J. Garbis
               United States District Judge