UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| BYRON R. BARTLETT | * | |
| CONNIE J. BEALS-BARTLETT | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.:  13-975--MJG |
| | * | |
| BANK OF AMERICA, NA | * | |
| | * | |
| Defendant. | * | |
| | * | |

## NOTICE OF APPEAL

Plaintiffs Byron R. Bartlett and Connie J. Beals-Bartlett, by his attorneys, on behalf of themselves and all others similarly situated, appeals to the United States Court of Appeals for the Fourth Circuit from the Court's order entered on July 29, 2014 (CM/ECF. 34) granting the Defendant's Motion to Dismiss and all other orders and opinions of the Court relating thereto.

Respectfully Submitted,

____//s//_____
Phillip R. Robinson, Bar No. 27824
Consumer Law Center LLC
8737 Colesville Road, Suite 307
Silver Spring, MD  20910
Phone (301) 637-6270
Phillip@marylandconsumer.com

Scott Borison, Bar No. 22576
Legg Law Firm, LLC
1900 S. Norfolk St., Suite 350
San Mateo CA 94404
Phone (301) 620-1016
Borison@legglaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2014, a copy of the foregoing notice of appeal was served on Defendant's counsel when filed through the Court's CM/ECF system.

/s/ Phillip Robinson

Phillip Robinson